IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )      8:05CR376
                                  )
      v.                          )
                                  )
JUAN CASTRO-HERNANDEZ,            )      ORDER
                                  )
            Defendant.            )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 10). Subject to the filing of a written waiver of speedy trial, said motion will be granted. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, January 30, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between December 19, 2005, and January 30, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court