IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR376 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN CASTRO-HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the letter (Filing No. 27) requesting a sentencing transcript, and the declaration support of request to proceed *in forma pauperis* (Filing No. 28). The Court has obtained a copy of the transcript relating to sentence and has forwarded it to the defendant. Accordingly,

IT IS ORDERED:

1) The letter, which the clerk's office has treated as a motion, is moot and is denied.

2) The declaration in support of request to proceed *in forma pauperis* is also denied as moot.

DATED this 13th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court